Law Offices of Charles Edward Clark Esq.
Charles E. Clark (SBN. 86099)
(cclarklaw807@pacbell.net)
301 East Colorado Boulevard Suite 807
Pasadena, California 91101
Telephone: (626) 795-3640
Fax:  (626) 584-9206

Roetzel & Andress, LPA
Donald R. Dinan (appearance *pro hac vice*)
(ddinan@ralaw.com)
600 14th Street, N.W. Suite 400
Washington, D.C. 20005
Telephone: (202) 625-0600
Fax: (202) 338-6340

Attorneys for Plaintiff,
SANTA MARGHERITA S.p.A.

*Additional Appearances on Signature Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SANTA MARGHERITA, S.p.A.,<br><br>           Plaintiff<br><br>      v.<br><br>UNGER WEINE KG,<br><br>           Defendant. | Case No.  12-CV-03499-DSF(RZx)<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, Plaintiff Santa Margherita S.p.A., and Defendant Unger Weine KG, through their respective attorneys, hereby stipulate as follows:

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

1.

STIPULATION FOR DISMISSAL OF
ENTIRE ACTION WITH PREJUDICE
CASE NO. 12-CV-03499-DSF-RZ

1. Plaintiff's entire complaint against the defendant, Unger Weine KG, as captioned above, including all causes of action alleged therein, is dismissed with prejudice; and

2. All parties shall bear their own attorneys' fees and costs.

SO STIPULATED:

Dated: December 20, 2013

Law Offices of Charles Edward Clark, Esq.

*/s/Charles Clark*
Charles E. Clark (SBN. 86099)
Attorney for Plaintiff
SANTA MARGHERITA S.p.A.

Roetzel & Andress, LPA

*/s/ Donald R. Dinan*
Donald R. Dinan (appearance pro hac vice)
Attorney for Plaintiff
SANTA MARGHERITA S.p.A.

| | |
|---|---|
| 1 | Cooley LLP |
| 2 | |
| 3 | */s/John W. Crittenden* |
| 4 | John W. Crittenden (SBN. 101634) |
| | (jcrittenden@cooley.com) |
| 5 | 101 California Street, 5th Floor |
| 6 | San Francisco, CA  94111-5800 |
| | Telephone:  (415) 693-2000 |
| 7 | Fax:  (415) 693-2222 |
| 8 | |
| 9 | */s/ John Paul Oleksiuk* |
| 10 | John Paul Oleksiuk (SBN. 283396) |
| | (jpo@cooley.com) |
| 11 | 1333 Second Street, Suite 400 |
| 12 | Santa Monica, CA  90401 |
| | Telephone:  (310) 883-6400 |
| 13 | Fax:  (310) 883-6500 |
| 14 | Attorneys for Defendant |
| | UNGER WEINE KG |

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

3.

STIPULATION FOR DISMISSAL OF
ENTIRE ACTION WITH PREJUDICE
CASE NO. 12-CV-03499-DSF-RZ